**Exhibit A to the Complaint**

**Location:** Morganville, NJ  **IP Address:** 69.112.178.59
**Total Works Infringed:** 29  **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4D82ADD27F7568F6D59A64F777E43A27BD64652E<br>File Hash: AF6B8F86DC6DC3818589C6CFBDFFDE20C3BDDD6BCD5EFDDB88A333A7C813FD1C | 12-07-2021 16:56:31 | Tushy | 11-22-2017 | 01-04-2018 | PA0002069339 |
| 2 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 12-07-2021 16:54:37 | Vixen | 06-13-2018 | 07-14-2018 | PA0002128389 |
| 3 | Info Hash: 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2<br>File Hash: 91586FC60AEA8195E518F7211642E75475C9BFD182FEA0517D1CBA403D777473 | 12-07-2021 16:53:22 | Blacked | 04-25-2018 | 06-19-2018 | PA0002126642 |
| 4 | Info Hash: FF4AA172EC0D469A97A0693DDBA0DC1A4ECC701C<br>File Hash: 3DECF0AAB8057B9C37D101B6C483E9EF52900F7E0F64F19DB44D782FD9354CF9 | 10-14-2021 14:38:46 | Blacked Raw | 12-23-2019 | 01-03-2020 | PA0002219636 |
| 5 | Info Hash: 0616906E5B0D445A8FB469D45908C91D24F6CD2F<br>File Hash: 9AC3BBF9185D5F2498389B013DAD21FC070F127E17E3B94B23F09A5C26518E53 | 10-14-2021 14:21:53 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 6 | Info Hash: 3C109B5928289FD0855824AB59FDCD825AE3DE52<br>File Hash: 298F389FC5A0D0A4362F8153771BC4364DF79973187D3C4C998DFBFE5EECDFE8 | 09-20-2021 15:11:25 | Vixen | 05-09-2018 | 06-19-2018 | PA0002126667 |
| 7 | Info Hash: 0B3211C8AA683053AD9C2205D34C75107F839A20<br>File Hash: B31A11000A19FCB59304064245993EEE63E01F14BF15B7D0776CE1173C608E7F | 09-20-2021 15:07:42 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 8 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 01-17-2021 23:27:26 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: ED466871609E7DC2E85010617F35513AA9AEE67F<br>File Hash: FD9F72CE4EC2B71735568CB460069F5870A3B95E6BBF3A55F9F09066E09EBBA2 | 01-15-2021 00:36:56 | Blacked Raw | 01-07-2020 | 02-03-2020 | PA0002236198 |
| 10 | Info Hash: 49E920F163B2C9EF2C175D4BDFA8E00D957F0478<br>File Hash: EC0A7B41FAC1631FA099BE682C6FD8A4C367B0A6C18AE62A24E272827DF7BA5D | 01-15-2021 00:35:48 | Blacked | 04-25-2019 | 05-28-2019 | PA0002200766 |
| 11 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash: E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 01-14-2021 15:20:03 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 12 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 12-31-2020 01:05:00 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 13 | Info Hash: C067DBC227DB94E5FB957E6FAE57B192B8561351<br>File Hash: 3E909592198DE6BF9D3DEB7AE4487C211B65DA13FC563501821AAED16352916D | 12-22-2020 14:53:24 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 14 | Info Hash: D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash: 8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 12-05-2020 16:41:33 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 15 | Info Hash: DE2A31DEAF7DE642D1A76E3E43D4505CF47F8C04<br>File Hash: EAEB2C8533BDDF599E638D39F482EC672B1D7373A45661F686ADE3CD7D0B0E82 | 11-05-2020 16:39:38 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 16 | Info Hash: 1D652D14E624CF4FE65234E00AB298914C6B5B1B<br>File Hash: 18CDA84EF37DE57838D54104CA2FE7097D1377666228E4D0B55F6AD2ED7F389A | 10-14-2020 22:06:36 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 17 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 10-14-2020 21:57:59 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 999C03253CE0755916BEA619580CA77216F552E6<br>File Hash: B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | 10-12-2020 14:55:24 | Tushy | 04-16-2019 | 05-11-2019 | PA0002173879 |
| 19 | Info Hash: 8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash: FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 10-12-2020 14:32:13 | Tushy | 02-05-2019 | 02-22-2019 | PA0002155146 |
| 20 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-21-2020 20:59:43 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 21 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577<br>File Hash: ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 09-12-2020 14:11:22 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 22 | Info Hash: DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38<br>File Hash: EA3A14928D707D02CAF7EBA3F82F77CF7F36157B929DA6AD47BC4024001FF0CA | 08-24-2020 12:26:50 | Tushy | 07-10-2018 | 08-07-2018 | PA0002132397 |
| 23 | Info Hash: FD928994BB900C0D711D62EB937A56C97C5AE985<br>File Hash: 50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 08-24-2020 11:34:23 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 24 | Info Hash: 158258B1A19235075D5BC7E77F3979BEFC8EABAC<br>File Hash: 037BC9199F675896966EB45A0CD7C67067E44A288EB1A864191DC16D31938F2A | 08-24-2020 11:34:20 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 25 | Info Hash: 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547<br>File Hash: 635645BD66306827A556824736881431BCF40C345A9E95FE577FB99277BC798C | 08-24-2020 11:32:19 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 26 | Info Hash: 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790<br>File Hash: CA8843DC14DBC4CFFB2D7BCA9970DACE3D7D26DC624B5F1FAAA70E2FD66D2B99 | 08-24-2020 11:21:45 | Blacked Raw | 06-01-2018 | 07-14-2018 | PA0002128077 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 08-24-2020 10:51:08 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 28 | Info Hash: A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99<br>File Hash: 6996C3BFB99F30BAA86056A30E1587F0AA0A90A4FB3B23E62FA3EE25B139F8FB | 08-16-2020 23:52:02 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 29 | Info Hash: F4F4A5CAA897000F033302DD8274FEFA1C90FB0D<br>File Hash: 6E096BC0719E3B79FC016BAAC90EFE87D5DA321BCA9BAA8F1A8728508AD0EC4C | 08-16-2020 23:39:31 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |